**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| KELLIE J. PRINCE., | : | Case No. 2:25-cv-1273 |
| Petitioner, | : | |
| - vs - | : | District Judge James L. Graham |
| | | Magistrate Judge Karen L. Litkovitz |
| STATE OF OHIO | : | |
| Respondent. | : | |

---

**ORDER**

---

The Court has reviewed the Report and Recommendation (Doc. 14) of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.  It is hereby ORDERED that Petitioner's motion for bail (Doc. 2) and motion for a temporary continuation of bond (Doc. 3) are DENIED.

The Magistrate Judge further issued two orders (Docs. 15, 17) requiring Petitioner to show cause why this case should not be dismissed for want of prosecution.  Petitioner has not responded to either show cause order.  Accordingly, this case is DISMISSED for want of prosecution.

The Clerk of Court is directed to mail a copy of this Order to Petitioner at the Ohio Reformatory for Women.


DATE: February 11, 2026                              *s/ James L. Graham*
                                                                    James L. Graham
                                                                    United States District Judge