# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| KELLIE J. PRINCE., | : | Case No. 2:25-cv-1273 |
| Petitioner, | : | |
| - vs - | : | District Judge James L. Graham |
| | | Magistrate Judge Karen L. Litkovitz |
| STATE OF OHIO | : | |
| Respondent. | : | |

## ORDER

The Court, having determined in its February 11, 2026 Order that this action should be dismissed for want of prosecution, hereby adopts the Magistrate Judge's Report and Recommendation (Doc. 20), to which Petitioner did not object, of the same date and recommending the same action.

DATE: March 16, 2026

*s/ James L. Graham*
James L. Graham
United States District Judge